IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LENOXX NEWCOMER,                          )
           Petitioner,          )         **C.A. No. 24-195 Erie**
                    )
        vs.                      )         **District Judge Susan Paradise Baxter**
                    )         **Chief Magistrate Judge Richard A. Lanzillo**
RANDY IRWIN, et al.,                       )
           Respondents.         )

**MEMORANDUM ORDER**

This action for habeas corpus relief pursuant to 28 U.S.C. § 2254 was received by the Clerk of Court on July 15, 2024. [ECF No. 1]. The petition was referred to United States Chief Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The pending petition indicates that Petitioner was sentenced by the Court of Common Pleas of Cambria County, Pennsylvania, on September 18, 2019, to serve a sentence of 18 to 60 months of incarceration, with a maximum sentence date of January 9, 2024. [ECF No. 1-2]. Plaintiff was subsequently released on parole on October 20, 2021, but was recommitted as a convicted parole violator on May 8, 2024, and was given a maximum sentence date of April 10, 2026. (Id.). Petitioner filed the instant petition asserting that the Pennsylvania Parole Board's recalculation of his maximum sentence date violated his constitutional rights. Respondents filed a response to the petition on January 9, 2025.

On April 17, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that this action be dismissed as moot, noting that

Petitioner has completed serving his maximum sentence and is no longer in the custody of the Pennsylvania Department of Corrections. [ECF No. 11]. No timely objections to the R&R have been filed.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of May, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED as moot, with prejudice, and the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 17, 2026 [ECF No. 11], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record